**Order entered August 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00528-CV

### LINDA FITZERMAN, Appellant

### V.

### CLASSIC AMERICANA, LLC, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12166**

## ORDER

We **GRANT** the August 11, 2015 motion for substitution of lead counsel. We **DIRECT** the Clerk of this Court to add J. Michael Weston as lead counsel for appellant.

We **DENY** as moot the August 7, 2015 motion of John F. Redwine to withdraw as counsel for appellant.

/s/    ELIZABETH LANG-MIERS
        JUSTICE